PROB 12B
ED/AR (12/2012)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 12 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Theron Lee Hammonds          Case Number: 4:09CR00007-01 JLH

Name of Sentencing Judicial Officer:     Honorable J. Leon Holmes
                                         United States District Judge

Original Offense:     Sale of Counterfeit Federal Reserve Notes

Date of Sentence:     February 17, 2010

Original Sentence:    18 months Bureau of Prisons, 3 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

Type of Supervision: Supervised Release     Date Supervision Commenced: January 1, 2012
                                            Date Supervision Expires: December 31, 2014

| U.S. Probation Officer: Alexa L. Richards | Asst. U.S. Attorney: Jana Harris | Defense Attorney: To be appointed |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**The defendant will participate in Moral Reconation Therapy at the discretion of the U.S. Probation Office.**

## CAUSE

On November 30, 2012, Mr. Hammonds submitted a urine specimen which tested presumptively positive for cocaine. He denied use and the specimen was sent to Alere Laboratories and was confirmed positive for cocaine. Furthermore, on December 5, 2012, he admitted he used cocaine and signed an admission form.

_Alexa L. Richards_                          _Jana Harris_

Alexa L. Richards                            Jana Harris
U.S. Probation Officer                       Assistant U.S. Attorney

Date: December 12, 2012                      Date: 12-12-12

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Theron Lee Hammonds          Case Number: 4:09CR00007-01 JLH

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

December 12, 2012
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, Latrece Gray, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203
    Mr. Theron Hammonds, 1903 Sanford Dr., Apt. B, Little Rock, AR 72207

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will participate in Moral Reconation Therapy at the discretion of the U.S. Probation Office.

Witness: *Alexa L. Richards*
U.S. Probation Officer

Signed: *[signature]*
Probationer or Supervised Releasee

12-3-12
DATE

*[signature]*
Asst. Federal Defender
12-7-12