**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        NO. 4:09CR00007 JLH

THERON LEE HAMMONDS                                                      DEFENDANT

## ORDER

Theron Lee Hammonds' motion for early termination of supervised release is GRANTED

without objection.  Document #30.  Hammonds is hereby discharged and released from further

supervision.

IT IS SO ORDERED this 14th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE